IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Riordan, Carol Jo

Printed: 5/20/08

Case Number:  04 B 24932
Judge:  Wedoff, Eugene R
Filed:  7/2/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed:  May 2, 2008
Confirmed:  August 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 71,982.10 |  |
| Secured: |  | 42,456.37 |
| Unsecured: |  | 18,308.56 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 3,489.08 |
| Other Funds: |  | 5,028.09 |
| Totals: | 71,982.10 | 71,982.10 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1.  Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2.  South End Savings | Secured | 0.00 | 0.00 |
| 3.  First National Bank Of Illinois | Secured | 6,075.00 | 6,075.00 |
| 4.  South End Savings | Secured | 36,381.37 | 36,381.37 |
| 5.  World Financial Network Nat'l | Unsecured | 32.71 | 138.73 |
| 6.  RoundUp Funding LLC | Unsecured | 3,296.21 | 13,980.39 |
| 7.  ECast Settlement Corp | Unsecured | 987.76 | 4,189.44 |
| 8.  Nicor Gas | Unsecured |  | No Claim Filed |
|  |  | _____ | _____ |
|  |  | $ 49,473.05 | $ 63,464.93 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 602.50 |
| 4% | 136.77 |
| 3% | 101.52 |
| 5.5% | 604.54 |
| 5% | 735.02 |
| 4.8% | 502.03 |
| 5.4% | 806.70 |
|  | _____ |
|  | $ 3,489.08 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Riordan, Carol Jo

Printed:  5/20/08

Case Number:  04 B 24932

Judge:  Wedoff, Eugene R

Filed:  7/2/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

